AO 106 (Rev. 04/10)  Application for a Search Warrant (Modified: WAWD 10-26-18)

ENTERED
FILED
LODGED          RECEIVED

JUN 07 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                        DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington

In the Matter of the Search of                )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)*  )     Case No. **MJ19-243**
Facebook Accounts                              )
1) douglas.jackson.9883739 and                 )
2) carlo.charles.568                           )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Facebook Accounts 1) douglas.jackson.9883739 and 2) carlo.charles.568, as more fully described in Attachment A, incorporated herein by reference.

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512 | Threats against witnesses/confidential sources |

The application is based on these facts:
✓ See Affidavit of TFO Jon Huber, continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☐ by reliable electronic means; or; ☐ telephonically recorded.

*Applicant's signature*

Jonathan Huber, FBI TFO
*Printed name and title*

◉ The foregoing affidavit was sworn to before me and signed in my presence, or
○ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: _____ 06/07/2019 _____

*Judge's signature*

City and state: Seattle, Washington

Brian A. Tsuchida, United States Magistrate Judge
*Printed name and title*

USAO: 2019R00515

**ATTACHMENT A**

**Account/s to Be Searched**

This warrant applies to information associated with the Facebook user ID **douglas.jackson.9883739** and **carlo.charles.568**, that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California.

# ATTACHMENT B

## I.     Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

a.     All contact and personal identifying information, including [[for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers, as well as any applicable group identification numbers, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

b.     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c.     All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d.     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e.     All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

f.     All "check ins" and other location information;

g.      All IP logs, including all records of the IP addresses that logged into the account;

h.      All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.      All information about the Facebook pages that the account is or was a "fan" of;

j.      All past and present lists of friends created by the account;

k.      All records of Facebook searches performed by the account;

l.      All information about the user's access and use of Facebook Marketplace;

m.      The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

n.      All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

o.      All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 1512, involving Carl Justice since June 6, 2018 to date, including, for each user ID identified on Attachment A, information pertaining to the following matters:

   a. Any postings, photographs, videos, communications, or other material of any type that purports to identify suspected cooperating defendants, confidential sources, or cooperating witnesses in any investigation involving the defendants charged in Western District of Washington Case Numbers CR18-131RAJ, CR18-132RAJ, CR18-144RAJ, CR18-145RAJ, CR18-147RAJ, and CR18-161RAJ.

   b. Any communications involving membership in, association with, or allegiance to the "Deuce-8s" or "East Union Street Hustlers" street gangs, or any variations on those names.

   c. Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

1

# AFFIDAVIT

2

County of King              )
3                                     )
4   State of Washington      )

5   Jonathan Huber, being first duly sworn on oath, deposes and says:

6   ## INTRODUCTION AND AGENT BACKGROUND

7       1.      I am a Task Force Officer (TFO) with the Federal Bureau of Investigation,

8   and have been so deputized since 2012.  I am currently employed as a Seattle Police

9   Officer with the City of Seattle since 1996.  In my capacity as a Task Force Officer, I

10  conduct investigations of the Controlled Substance Act, that is, Title 21, United States

11  Code, Sections 841, et seq., and related offenses.  I have personally participated in

12  hundreds of investigations, arrests, and seizures relating to the manufacture, distribution,

13  and transportation of controlled substances, and offenses related to controlled substances

14  violations such as money laundering.  This includes investigations involving the use of

15  informants, the use of undercover agents, the execution of search warrants, and Title III

16  investigations.

17      2.      I have encountered and have become familiar with various tools, methods,

18  trends, paraphernalia and related articles utilized by various traffickers in their efforts to

19  import, export, conceal and distribute controlled substances.  I am also familiar with the

20  manner in which drug traffickers use telephones, often cellular telephones, to conduct

21  their unlawful operations, and how they code their conversations to disguise their

22  unlawful activities.

23      3.      I have participated in the debriefing of defendants, witnesses, and

24  informants, during which time I have discussed with them their methods of drug

25  smuggling, distribution, packaging, trafficking, avoiding law enforcement, and

26  laundering proceeds, among other concerns related to drug trafficking.  I have discussed

27  and learned from other law enforcement investigators in regards to these matters as well.

28

AFFIDAVIT OF TFO HUBER- 1

1    4.    In addition to practical experience, I have received formal training in

2    controlled substances enforcement.  This includes training regarding controlled

3    substance recognition, field testing, undercover investigations, telecommunications

4    analysis, surveillance techniques, financial investigations, and clandestine laboratories.

5    5.    Lastly, I am a member of the SPD Gang Unit.  In that capacity, I have

6    participated in training and gained experience in how criminal street gangs operate, their

7    structures, and how they attempt to intimidate others to prevent others from cooperating

8    with law enforcement investigations.  I have also developed knowledge and expertise

9    into some of the more prominent Seattle-area street gangs, including various sets of the

10   "Black Gangster Disciples" that originated in the Central District area of Seattle.

11                              **PURPOSE OF THE AFFIDAVIT**

12   6.    I make this affidavit in support of two separate applications.  The first is an

13   application for a search warrant for information associated with certain Facebook

14   accounts that are stored at premises owned, maintained, controlled, or operated by

15   Facebook, a social networking company headquartered in Menlo Park, California.  The

16   information to be searched is described in the following paragraphs and in Attachment

17   A.  This affidavit is made in support of an application for a search warrant under 18

18   U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to

19   the government copies of the information (including the content of communications)

20   further described in Section I of Attachment B.  Upon receipt of the information

21   described in Section I of Attachment B, government-authorized persons will review that

22   information to locate the items described in Section II of Attachment B.

23   7.    The pertinent Facebook accounts listed below are more particularly

24   described in Attachment A hereto:

25        https://www.facebook.com/douglas.jackson.9883739 and

26        https://www.facebook.com/carlo.charles.568

27

28   We believe both of these Facebook pages belong to Carl L. Justice, born in 1974.

AFFIDAVIT OF TFO HUBER- 2

8.    The second application is for a pen register/trap and trace, tracking warrant and a search warrant to use a special investigative technique described in attachment "C" hereto, all for a cellular telephone bearing phone number **(206) 899-9558** (hereafter "Target Telephone 74" or "**TT74**").  Service to this phone is provided by T-Mobile. Subscriber and other detailed information on this number is currently unknown.  As described below, I believe this number is currently being utilized by Carl Justice in furtherance of the criminal activity described herein.  The purpose of applying for this warrant and other relief is to determine with precision **TT74**'s location.

9.    Because collecting the information authorized by this warrant may fall within the statutory definitions of a "pen register" or a "trap and trace device," see 18 U.S.C. § 3127(3) & (4), this warrant is designed to comply with the Pen Register Statute as well as Rule 41.  See 18 U.S.C. §§ 3121-3127.  This warrant therefore includes all the information required to be included in a pen register order.  See 18 U.S.C. § 3123(b)(1).

10.    Authority is requested to not only apply to the Target Telephone number, but to any changed telephone number subsequently assigned to the telephone bearing the IMSI or ESN/MEID number for the Target Telephone, or to any cellular telephone bearing different IMSI or ESN/MEID number, but using the same telephone number currently assigned to the Target Telephone.

11.    As set forth below, there is probable cause to believe that Justice and others are threatening and planning to retaliate against individuals who are suspected of cooperating in a joint FBI/DEA/SPD investigation into a large-scale Drug Trafficking Organization, which resulted in pending indictments in this District Court.  Threats against witnesses/confidential sources are a violation of Title 18, United States Code, Section 1512.  There is also probable cause to believe that evidence of those threats will be found on these Facebook pages.  The evidence to be seized is more particularly described in attachment B hereto.  There is also probable cause to believe that Carl Justice is involved in drug trafficking activity in violation of Title 21, United States

AFFIDAVIT OF TFO HUBER- 3

1   Code, Sections 841(a)(1) and 846, and firearms offenses in violation of Title 18, United

2   States Code, Sections 922(g) and/or 924(c), and that evidence of that criminal activity

3   will be found on said Facebook pages. Lastly, there is probable cause to believe that

4   tracking the Target Telephone will reveal evidence of those offenses.

5        12.   The facts in this affidavit come from my personal observations, my training

6   and experience, and information obtained from other agents and witnesses. I have not

7   included every fact concerning this investigation. Rather, I have set forth the facts that I

8   believe are necessary for a fair determination of probable cause.

9                 **SUMMARY OF PROBABLE CAUSE**

10      13.   I am one of the case agents in the investigation of the Michael Morgan

11   Drug Trafficking Organization (DTO). The investigation has included the use of

12   informants, controlled buys of drugs, seizures of drugs, and ultimately a series of court-

13   authorized Title III wiretaps, and has culminated in pending federal charges against

14   dozens of individuals, spread out over a number of related charging documents,

15   including the cases pending under CR18-131RAJ and CR18-132RAJ.

16      14.   Of note, many of the charged defendants are members or associates of two

17   related Black Gangster Disciple (BGD) sets, the "East Union Street Hustlers" and the

18   "Deuce-8s." Both of these street gangs originated in the Central District of Seattle.

19   During the wiretap, we intercepted numerous members and/or associates of these two

20   gangs, often discussing other members of the gang and violent incidents involving said

21   members of the gang.

22      15.   On June 6th, 2018, investigators executed search warrants and arrest

23   warrants at dozens of locations throughout the Puget Sound region.

24      16.   Since the June 6th takedown, numerous people[1] suspected of cooperating in

25   the larger investigation have been accused by others in the community of cooperating

26

27

---

28  [1] The identity of many of the individuals reporting having received such threats are known to me, and I have
personally interviewed some about said threats. Their identity is omitted from this affidavit to protect them from

AFFIDAVIT OF TFO HUBER- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    with law enforcement.  These accusations and threats have come in the form of social

2    media, text messages, e-mails, phone calls, and in person.

3         17.    I have personally seen numerous social media posts referring to individuals

4    as "rats" or "snitches."  I have heard from numerous people in the community who have

5    either been accused and/or threatened by others for the perception or rumor they have

6    cooperated with law enforcement. I am also reliably informed that some of the charged

7    defendants have reported receiving threats.  Those threats were reported by these

8    defendants' defense counsel to the assigned Assistant United States Attorneys

9    prosecuting the linked cases.

10        18.    On October 11th, 2018, a double homicide occurred in the Skyway

11   neighborhood of unincorporated King County.  In that incident, Leonard Haywood and

12   Linice Walker were shot to death while sitting in Haywood's parked car.  The homicide

13   is still unsolved.

14        19.    Haywood was a suspect in our investigation, but at the time of the murder

15   had not yet been indicted, much less arrested.  The prevailing rumor is that Haywood

16   was murdered because people believed that because he had not yet been arrested, he was

17   cooperating with law enforcement.  As an aside, the rumors are untrue – Haywood was

18   not cooperating with law enforcement, but rather was a target of the investigation.

19        20.    These rumors have been reported during debriefs of defendants and/or

20   witnesses in the pending cases, and also to law enforcement officers investigating the

21   homicide.  Some of the specific individuals reporting these rumors are known to me, and

22   I am omitting their names in this affidavit to avoid confirming their cooperation and to

23   protect them from further retaliation.  These rumors are now so widespread as to have

24   attracted press coverage.  *See, e.g.*, Q13 Fox, "Skyway shooting victims' families call

25

26

27   further retaliation and threats – obviously, spelling out the identity of the individuals who have directly or indirectly
     communicated these threats will tend to confirm that they are prepared to cooperate with, or at least speak to, law
28   enforcement.

AFFIDAVIT OF TFO HUBER- 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE
5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  for justice: 'We want answers.  We deserve answers," aired March 13, 2019.[2]

2  Significantly, one of the victim's family members felt it quite important for the public to

3  know that the victim was "not a snitch" and "was not wired."

4      21.     All of these threats, accusations, and the belief that Haywood was murdered

5  for cooperating have severely hampered our investigation. The belief among many

6  people in the community is that if they talk to the police, they risk being killed.

7      22.     Investigators have identified several people involved in these threats and

8  accusations, which again are being made against others for the belief they have

9  cooperated or are cooperating with law enforcement.

10     23.     One of these individuals is **Carl L. Justice** (hereafter, Justice), born in

11  1974.  Justice is a self-admitted Deuce 8 Black Gangster Disciple gang member.  Justice

12  is also known as "C-Daze."  Justice is a convicted federal felon, having been prosecuted

13  in this Court under CR06-67MJP.

14     24.     Like Justice, a number of the individuals already charged in the case are

15  either Black Gangster Disciples or affiliated with them.  Justice is a close friend of

16  Charles Cheatham, who has already been charged in the case.  Cheatham is also a known

17  BGD gang member, who was known as "Da Mayor."  During the wiretap, Cheatham

18  was referred to by this moniker in intercepted calls.  For example, in a November 3,

19  2017 call that Cheatham placed to order marijuana (TT15, Session 56), the supply

20  source complained that he had been "jumped in the club" and wanted to know where

21  Cheatham was to save him because he was the "mayor."  Cheatham asked what the

22  problem was, and the source said his "boy" had some "beef" with some guys from

23  "Union Street" (one of the BGD sets) and he got punched in the face when he was not

24  looking.  The call suggests that Cheatham was a gang leader who had the power to call

25  off a fellow Union Street BGD gang member.

26

27

28  [2] https://q13fox.com/2019/03/13/skyway-shooting-victims-families-call-for-justice-we-want-answers-we-deserve-answers/

AFFIDAVIT OF TFO HUBER- 6

25.    The investigation also disclosed that Cheatham associates with other confirmed gang members.  Many of his indicted co-conspirators and redistributors are confirmed members of the gang.  Cheatham is also featured in at least one rap video made by other co-conspirators and confirmed gang members.  In the YouTube video "MostMobb – "SORRY FOR YOU ft. Mafi D,"  Michael D. Safford can be seen rapping about drug trafficking and firearms.  During the video, other individuals (many known to law enforcement as confirmed BGD gang members) display firearms. Cheatham appears in the video wearing a necklace with the words "Da Mayor."

26.    As mentioned above, individuals who are not actual Cooperating Sources (CSs) have been threatened based on the mere suspicion that they might be cooperating. For example, one defendant,[3] a self-admitted associate of one of the BGD sets described above, has reportedly received threats for his/her suspected cooperation.  This defendant reported through his/her defense counsel in early to mid-March, 2019, that he/she had heard that Justice and another man named Alexander Green were looking for the defendant and were armed.

27.    It is unclear to me exactly how this defendant heard this information. However, subsequent events tend to corroborate the defendant's account.  Green was arrested in possession of a firearm not long after the defendant referenced above passed on the threat allegation.

28.    Like Justice, Green is well known to both state and federal law enforcement.  Green is also a Deuce 8 BGD member.  He is also a convicted federal felon, and is currently on active federal supervision under Western District of Washington case number CR16-224JLR.

---

[3] Again, the identity of this person is known to me, but their name is not disclosed herein due to security concerns.  I have not personally interviewed this reporting person – rather, their complaint was passed on via their defense counsel to the assigned AUSAs, and then to myself and other investigators.

AFFIDAVIT OF TFO HUBER- 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

29.     Green was arrested on March 24, 2019 by Seattle Police Department (SPD) officers.  Green was contacted by SPD because he was driving a vehicle that had been reported stolen.  During the course of contacting Green, the officers saw him moving around inside the vehicle and appearing to discard something behind the back of the front passenger seat.  As officers moved up to the vehicle to secure it, they observed, in plain view, a black handgun on the right-side rear floorboard, behind the front passenger seat.  The weapon, a Glock semiautomatic pistol, was later determined to have been reported stolen.  Green was arrested for possession of a stolen vehicle and felon in possession of a firearm, and is pending trial in the King County Superior Court.  He also has pending federal supervised release violations.  Green is currently detained at the King County Jail.  Like all detainees, his phone calls are monitored and recorded, and investigators have access to those recordings.

30.     On March 25, 2019, Green called Jannie Lee from King County Jail (KCJ) and directed Lee to come to KCJ and get his two cell phones out of his property at the jail.  Green told Lee in a worried tone to get down there immediately and get his phones, leading investigators to believe there was evidence related to the criminal activity and threats in his phones at KCJ.

31.     Investigators went to KCJ later in the day to attempt to retrieve the two cell phones from Green's property.  KCJ records showed that Lee arrived before investigators and the two cell phones were released to her.

32.     On March 26, 2019, Green called Lee from KCJ.  Green immediately asked Lee if she came and got the property.  Lee told Green she got his phones, identification and key.

33.     Investigators continued to monitor calls made by Green at KCJ.  The calls revealed that Green was living with Lee prior to his arrest and that she moved to the East Union Street Apartments, at 2220 East Union Street, Apartment 517, Seattle around April 6, 2019.

AFFIDAVIT OF TFO HUBER- 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

34.    During numerous calls with Lee, Green instructed Lee to access his phones and get him phone numbers of his associates.  Green also directed Lee to call and text people from his phones while at the apartment.  Green discussed recent shooting events and gang activity with Lee and other associates on three way calls and on his phones through her.

35.    A different Cooperating Source (CS) has been a recipient of a number of the threats and accusations from Justice.  The CS became a confidential source after being arrested for drug charges.  The CS cooperated with law enforcement and was not charged.  The CS has since worked as a paid informant.  The CS has provided reliable and credible information, which has been corroborated, both during other investigations and during this investigation.  The CS has felony convictions for possession of a firearm, possession of a controlled substance, and residential burglary.  The CS also has gross misdemeanor or misdemeanor convictions for assault, false reporting an emergency, driving offenses, and identity theft.

36.    The CS showed me a screen shot photograph of a Facebook page belonging to the name "Carlo Charge".  The screen shot was sent to the CS on April 27th, 2019.  The CS is in fear for his/her safety and does not want to say who sent the screenshot to him/her.

37.    The CS told me this particular Facebook page belongs to Justice.  The profile picture is of Justice, which obviously tends to corroborate the CS's statement.  There are also numerous other pictures on the page of Justice.  The screenshot shows a post by "Carlo Charge" saying, "SEA EYE #2 XXXXX[4] IZZZZZZZARAT…UNCOVERED FACTS."   The CS and investigators believe "SEA EYE" refers to CI or confidential informant.  The CS and investigators believe #2 is referring to CS2 in the wiretap pleadings.   The CS and investigators believe

---

[4] The post spells out the CS's name.  It is redacted here to protect the CS's identity.

AFFIDAVIT OF TFO HUBER- 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IZZZZZZZZARAT is a reference to CS2 being a "rat" or "snitch". In street terminology

2   this is a derogatory word commonly used for people who cooperate with law

3   enforcement.

4       38.    The fact that Justice is referring to the Confidential Source as "SEA EYE

5   #2" (CS2), the same way that he/she is referred to in the wiretap pleadings, is a

6   significant concern. It is my understanding that those wiretap pleadings are sealed, and

7   they were produced to defense counsel in this matter pursuant to a protective order that

8   restricts their circulation to those with a specific need to know in the case. Justice is not

9   authorized to review or possess the wiretap pleadings (or, for that matter, any other

10   discovery produced in the case). The fact that he refers to this individual as CS2

11   indicates that he potentially received this information from a charged defendant.

12       39.    The CS told me he/she has heard through street rumors, social media, and

13   friends that Justice is saying he and/or other gang members will kill the CS on sight

14   based on the belief he/she has cooperated with law enforcement.

15       40.    The CS also told me that Justice also belongs to a different private group on

16   Facebook in which Justice makes threats towards the CS. The CS believes this post

17   listed above is from this private group. At the bottom of the screen shot, "Carlo

18   Charles" is listed as the administrator.    The CS told me this is another Facebook page

19   for Justice. There are also numerous pictures of Justice on this other page. In short,

20   Justice has two Facebook pages and uses both to make these posts.

21       41.    Because of these threats, the CS is extremely afraid for his/her safety and is

22   in hiding. The CS rarely leaves his/her residence for fear of being shot and/or killed.

23       42.    In late April, 2019, Green started coordinating a one year anniversary party

24   celebrating the life of *Charles* Justice (a relative to Carl Justice), another BGD

25   member/associate, to take place on May 5, 2019. Charles Justice was murdered in the

26   Seattle area one year prior. Green and Charles Justice were very good friends. During

27

28

AFFIDAVIT OF TFO HUBER- 10

1   the calls, Green specifically identified the location of the party as his apartment in the

2   East Union Street Apartments, apartment 517, of that building.

3       43.   On April 29, 2019, at approximately 1:20 p.m., Green called Lee and

4   directed her to make a 3-way call to "C-Daze" (Carl Justice's known nickname/moniker)

5   and provided the number of **(206) 899-9558 (TT74).** Lee attempted the call and there

6   was no answer.

7       44.   Investigators conducted a search of (206) 899-9558 on zetx.com, an

8   internet site used to identify the carrier of the number and possible subscriber

9   information. Investigators verified through zetx.com that the carrier was is T-Mobile

10   number and the possible subscriber is listed as Carl Justice.

11       45.   At approximately 3:57 p.m., Green called Lee again. Lee told Green that

12   Justice called her and wanted to talk with Green. About three minutes into the call, Lee

13   makes a 3-way call to Justice to allow Green to talk with Justice. Green directed Lee to

14   call Justice again. Green told Justice about the party for Charles Justice at his apartment

15   the next Sunday, May 5. Green described the exact location for the party, including the

16   apartment number.

17       46.   Green and Justice went on to discuss gambling on street dice games and

18   trying to stay away from certain areas due to recent shootings near the dice games.

19   Justice and Green talked about the younger generation not paying attention. They

20   complained that people weren't acting as good lookouts and keeping guns close when

21   they were gambling or involved in other activities. They continued to talk about the

22   other people not being ready in case someone shoots, and that if no one had a gun close

23   enough it would be too late to shoot back. Green specifically said "And then we losing a

24   motherf***** …and now we paying for tee shirts and funerals."

25       47.   On May 5, 2019, investigators conducted surveillance at Green and Lee's

26   apartment building. During the surveillance period, many known Union Street gang

27   members and associates arrived at the apartment to attend the party. One of the people

28

AFFIDAVIT OF TFO HUBER- 11

1   that attended the party was Justice.  Pressley also attended the party and is an associate

2   of Green and Justice.

3         48.    On May 10, 2019, three people were shot within a couple of blocks of

4   Green and Lee's apartment building.  One of the victims died as a result of his injuries.

5   Green called Lee later that day.  During that call, Lee told Green that she heard a rumor

6   that it was a group of rival gang members that shot the three victims.

7         49.    Later that same day, investigators applied for, and the Honorable Brian A.

8   Tsuchida, Chief United States Magistrate Judge for the Western District of Washington,

9   signed, search warrants for Demarco Pressley, his apartment and his vehicles.  Those

10   warrants bear Case No. MJ19-202.  On May 13, 2019, investigators also obtained state

11   search warrants for Pressley, his apartment and his vehicles in a related investigation.

12   Pressley is a suspect in two prior shooting incidents on March 17 and May 3, 2019, as

13   discussed in the prior affidavit.

14         50.    On May 15, 2019, at approximately 6:00 a.m., investigators executed said

15   federal and state search warrants on Pressley, his apartment and his vehicles.

16   Investigators located Pressley in his apartment in his bed.  He had two handguns in bed

17   with him.  One of the firearms was a .380 caliber pistol and the other was a .38 caliber

18   revolver.  The former firearm was identified as the same firearm used in the March 17

19   shooting incident where Pressley shot himself.

20         51.    Investigators also located specific clothing and jewelry items that Pressley

21   was seen on video wearing during the above- mentioned March 17 and May 3, 2019,

22   shootings.  Investigators did not locate the firearm used in the May 3, 2019, shooting.

23

24

25

26

27

28

1    52.    Pressley was arrested on state charges of Assault in the First Degree for the

2    May 3, 2019, shooting at 23rd Avenue and Cherry Street.  Pressley was advised of his

3    Miranda rights and transported to the Seattle Police Department Headquarters.[5]

4    53.    Post-arrest, while investigators were looking at the key ring for Pressley's

5    vehicle, investigators saw that there was a newer door key with the label "517" on it.

6    Based on surveillance of Pressley in the days following the May 3, 2019, shooting,

7    combined with the labeled key he had for the apartment, investigators believed the key

8    was to Green and Lee's apartment (517) at the East Union Street Apartment building,

9    and that Pressley had access to come and go from that apartment.

10    54.    Investigators then contacted the manager of the East Union Street

11    Apartment building.  Management confirmed that the key on Pressley's keychain

12    matched apartment 517 in that building.

13    55.    During that same time period, Green call Lee and had her make a 3-way

14    call to "GZ", later identified as Jeffrey Harris.  Harris told Green he was worried

15    because of the law enforcement action taking place.  Green told Harris to bring his stuff

16    over to Green and Lee's apartment if he needed to.

17    56.    Based on the investigation into Green and Pressley, investigators obtained a

18    federal search warrant for Green and Lee's apartment.  While investigators were

19    awaiting the arrival of the tactical team, investigators saw Lee and a male, later

20    identified as Jeffrey Harris, arrive at the apartment.  Harris carried a large bag into the

21    building.

22    57.    Investigators served the search warrant on the apartment.  Harris and Lee

23    were contacted in the apartment.  Investigators opened the bag Harris carried into the

24

25

26

---

27    [5] Pressley has also been charged by complaint in this Court for Felon in Possession of a Firearm, under MJ19-244.
He has been detained since his arrest at the KCJ and not made an appearance in this Courthouse as of yet on that

28    complaint.

AFFIDAVIT OF TFO HUBER- 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  building and found it contained several firearms (two Ak-47 rifles, an AR-15 rifle and a
2  pistol).

3     58.    It appears that Justice is still using the "Carlo Charge" Facebook account.
4  In a recent post Justice indicates he is also armed.  I have reviewed a screen shot from
5  this account that was posted on or about May 28, 2019.  In that post, "Carlo Charge"
6  (Justice) posted "FUCK SPRANGIN A ANLKE . . HAVE YOU EVER HAD TO STEP
7  ON A 38 CAUSE THE UNITS YANKED U . . AN YOU STILL FLAV UMM."
8  Interpreting this post, I believe Justice is stating that he had to drop and step on a .38
9  caliber handgun because he had been pulled over by a marked police patrol car around
10  that date.  As noted above, Justice is a convicted federal felon, and any possession of a
11  firearm is therefore a violation of 18 U.S.C. § 922(g).

12     59.    Significantly, an "Edward Locke" posted in response "N***a was that you
13  guys pulled over by the Interurban exit."  A man with the same name is a charged
14  defendant in the larger case and is out on bond.

15     60.    It also appears that Justice is engaged in other types of criminal activity,
16  specifically drug trafficking.  For example, on June 1, 2019, investigators conducted
17  surveillance in the area of 23rd Avenue South and South Jackson Street due to recent
18  shootings in the area and open drug trafficking.  Investigators saw, via video
19  surveillance, Justice pull what appeared to a bag of crack cocaine from inside his
20  waistband and make an exchange with someone.  After the exchange, they separated and
21  went different directions.

22     61.    On June 5, 2019, investigators were again conducting surveillance at the
23  same location and saw Justice, via video surveillance, make two similar hand-to-hand
24  exchanges.  Based on training experience, investigators believed Justice was selling
25  crack cocaine to people in the parking lot under surveillance.

26     62.    Based on my training and experience, I know that gang members often use
27  social media as a means of communication.  I also know that gang members will also

28
AFFIDAVIT OF TFO HUBER- 14

1  use "private" groups on social media to discuss things criminal in nature.   These posts

2  will remain on these social media sites for a considerable period of time and this

3  evidence can be recovered by a thorough forensic examination of these particular social

4  media sites.

5  **ADDITIONAL KNOWLEDGE BASED ON TRAINING AND EXPERIENCE**

6      63.    Based upon my training and experience, and my discussions with other

7  experienced officers and agents involved in this investigation and other investigations, I

8  know the following:

9        **a.**    Gang members involved in criminal activities, and those who assist

10  them, maintain and tend to retain accounts or records of their activities, including

11  telephone records with contact names and numbers, other contact information (including

12  social media accounts) photographs, and similar records of evidentiary value.

13        **b.**    Gang members involved in criminal activities commonly maintain

14  records reflecting names or nicknames, addresses, and/or telephone numbers of their

15  associates.   Gang members often maintain social media sites for ready access to their

16  associates and to maintain and coordinate their ongoing criminal activities.

17        **c.**    Gang members involved in criminal activities sometimes take or

18  cause to be taken photographs and/or video recordings of themselves, their associates,

19  and their property.   Those photographs are typically taken using cellular telephones.

20  These individuals often post these photographs and recordings on their social media sites.

21      64.    I also know that drug traffickers use cellular telephones as tools of their

22  trade.   Traffickers use cellular telephones (often, multiple phones) to communicate with

23  drug customers, suppliers and co-conspirators via voice call, text messaging, and other

24  internet messaging apps.   As a result, they tend to keep their cell phones close by.

25  Obtaining real-time call data via a pen register/trap and trace can generate valuable

26  intelligence about their criminal network, and obtaining real-time precision geolocation

27

28  AFFIDAVIT OF TFO HUBER- 15

1  data can assist in identifying the members of their network, the locations used to store

2  contraband, and other valuable evidence.

3    65.    As noted above, gang members involved in criminal activities use cellular

4  telephones and social media as a tool or instrumentality in committing their criminal

5  activity.  They use social media sites to maintain contact with their associates.  They

6  prefer to use social media because they believe their criminal discussions are private and

7  cannot be monitored by law enforcement.  Access to these social media sites are typically

8  by cellular telephone.  Since the use of social media has become widespread, virtually

9  every gang member I have contacted has used one or more social media sites for his or

10  her criminal activities.  Based on my training and experience, the information maintained

11  in a social media site used by a gang member involved in criminal activities is evidence

12  of a crime or crimes.

13                    **INFORMATION ABOUT FACEBOOK**

14    66.    Facebook owns and operates a free-access social networking website of the

15  same name that can be accessed at http://www.facebook.com.  Facebook allows its users

16  to establish accounts with Facebook, and users can then use their accounts to share

17  written news, photographs, videos, and other information with other Facebook users, and

18  sometimes with the general public.

19    67.    Facebook asks users to provide basic contact and personal identifying

20  information to Facebook, either during the registration process or thereafter.  This

21  information may include the user's full name, birth date, gender, contact e-mail

22  addresses, Facebook passwords, Facebook security questions and answers (for password

23  retrieval), physical address (including city, state, and zip code), telephone numbers,

24  screen names, websites, and other personal identifiers.  Facebook also assigns a user

25  identification number to each account.

26    68.    Facebook users may join one or more groups or networks to connect and

27  interact with other users who are members of the same group or network.  Facebook

28
AFFIDAVIT OF TFO HUBER- 16

1    assigns a group identification number to each group.  A Facebook user can also connect

2    directly with individual Facebook users by sending each user a "Friend Request."  If the

3    recipient of a "Friend Request" accepts the request, then the two users will become

4    "Friends" for purposes of Facebook and can exchange communications or view

5    information about each other.  Each Facebook user's account includes a list of that

6    user's "Friends" and a "News Feed," which highlights information about the user's

7    "Friends," such as profile changes, upcoming events, and birthdays.

8        69.    Facebook users can select different levels of privacy for the

9    communications and information associated with their Facebook accounts.  By adjusting

10   these privacy settings, a Facebook user can make information available only to himself

11   or herself, to particular Facebook users, or to anyone with access to the Internet,

12   including people who are not Facebook users.  A Facebook user can also create "lists" of

13   Facebook friends to facilitate the application of these privacy settings.  Facebook

14   accounts also include other account settings that users can adjust to control, for example,

15   the types of notifications they receive from Facebook.

16       70.    Facebook users can create profiles that include photographs, lists of

17   personal interests, and other information.  Facebook users can also post "status" updates

18   about their whereabouts and actions, as well as links to videos, photographs, articles, and

19   other items available elsewhere on the Internet.  Facebook users can also post

20   information about upcoming "events," such as social occasions, by listing the event's

21   time, location, host, and guest list.  In addition, Facebook users can "check in" to

22   particular locations or add their geographic locations to their Facebook posts, thereby

23   revealing their geographic locations at particular dates and times.  A particular user's

24   profile page also includes a "Wall," which is a space where the user and his or her

25   "Friends" can post messages, attachments, and links that will typically be visible to

26   anyone who can view the user's profile (subject to the privacy settings selected by the

27   account user).

28

AFFIDAVIT OF TFO HUBER- 17

71.     Facebook allows users to upload photos and videos.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

72.     Facebook users can exchange private messages on Facebook with other users.  These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

73.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

74.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

75.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

76.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The

AFFIDAVIT OF TFO HUBER- 18

1   activity log includes stories and photos that the user has been tagged in, as well as

2   connections made through the account, such as "liking" a Facebook page or adding

3   someone as a friend.  The activity log is visible to the user but cannot be viewed by

4   people who visit the user's Facebook page.

5       77.   Facebook Notes is a blogging feature available to Facebook users, and it

6   enables users to write and post notes or personal web logs ("blogs"), or to import their

7   blogs from other services, such as Xanga, LiveJournal, and Blogger.

8       78.   The Facebook Gifts feature allows users to send virtual "gifts" to their

9   friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase,

10  and a personalized message can be attached to each gift.  Facebook users can also send

11  each other "pokes," which are free and simply result in a notification to the recipient that

12  he or she has been "poked" by the sender.

13      79.   Facebook also has a Marketplace feature, which allows users to post free

14  classified ads.  Users can post items for sale, housing, jobs, and other items on the

15  Marketplace.

16      80.   In addition to the applications described above, Facebook also provides its

17  users with access to thousands of other applications on the Facebook platform.  When a

18  Facebook user accesses or uses one of these applications, an update about that the user's

19  access or use of that application may appear on the user's profile page.

20      81.   Some Facebook pages are affiliated with groups of users, rather than one

21  individual user.  Membership in the group is monitored and regulated by the

22  administrator or head of the group, who can invite new members and reject or accept

23  requests by users to enter.  Facebook can identify all users who are currently registered

24  to a particular group and can identify the administrator and/or creator of the group.

25  Facebook uses the term "Group Contact Info" to describe the contact information for the

26  group's creator and/or administrator, as well as a PDF of the current status of the group

27  profile page.

28

AFFIDAVIT OF TFO HUBER- 19

82.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

83.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

84.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

AFFIDAVIT OF TFO HUBER- 20

85.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

86.     The FBI has previously sent a preservation letter to Facebook, and asked that the contents of the accounts identified above be preserved, under authority of Title 18, United States Code, Section 2703(f)(1), for a period of 90 days.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED FROM FACEBOOK

87.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## MANNER AND MEANS OF EXECUTION OF SPECIAL INVESTIGATIVE TECHNIQUE AS TO THE TARGET TELEPHONE

88.     In my training and experience, I have learned that cellular phones and other cellular devices communicate wirelessly across a network of cellular infrastructure, including towers that route and connect individual communications.  When sending or receiving a communication, a cellular device broadcasts certain signals to the cellular tower that is routing its communication.  These signals include a cellular device's unique identifiers.

89.     To facilitate execution of this warrant, law enforcement may use an investigative device or devices capable of broadcasting signals that will be received by the Target Cellular Device or receiving signals from nearby cellular devices, including

AFFIDAVIT OF TFO HUBER- 21

1  the Target Cellular Device.  Such a device may function in some respects like a cellular

2  tower, except that it will not be connected to the cellular network and cannot be used by

3  a cell phone to communicate with others.  The device may send a signal to the Target

4  Cellular Device and thereby prompt it to send signals that include the unique identifier

5  of the device.  Law enforcement may monitor the signals broadcast by the Target

6  Cellular Device and use that information to determine the Target Cellular Device's

7  location, even if it is located inside a house, apartment, or other building.

8       90.    The investigative device may interrupt cellular service of phones or other

9  cellular devices within its immediate vicinity.  Any service disruption to non-target

10  devices will be brief and temporary, and all operations will attempt to limit the

11  interference with such devices.  In order to connect with the Target Cellular Device, the

12  device may briefly exchange signals with all phones or other cellular devices in its

13  vicinity.  These signals may include cell phone identifiers.  The device will not complete

14  a connection with cellular devices determined not to be the Target Cellular Device, and

15  law enforcement will limit collection of information from devices other than the Target

16  Cellular Device.  To the extent that any information from a cellular device other than the

17  Target Cellular Device is collected by the law enforcement device, law enforcement will

18  delete that information, and law enforcement will make no investigative use of it absent

19  further order of the court, other than distinguishing the Target Cellular Device from all

20  other cellular devices.

21                          **AUTHORIZATION REQUEST**

22       91.    Based on the foregoing, I request that the Court issue the proposed search

23  warrant, pursuant to Federal Rule of Criminal Procedure 41.  The proposed warrant also

24  will function as a pen register order under 18 U.S.C. § 3123.

25       92.    I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of

26  Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to

27  delay notice until September 12, 2019, with leave to ask for further delay.  This precise

28

AFFIDAVIT OF TFO HUBER- 22

1    date is asked for as this is the delayed notice deadline for the previously-issued tracking

2    warrant for this same Target Telephone.  This delay is justified because there is

3    reasonable cause to believe that providing immediate notification of the warrant may

4    have an adverse result, as defined in 18 U.S.C. § 2705.  Providing immediate notice to

5    the subscriber or user of the Target Cellular Device would seriously jeopardize the

6    ongoing investigation, as such a disclosure would give that person an opportunity to

7    destroy evidence, change patterns of behavior, notify confederates, and flee from

8    prosecution.  See 18 U.S.C. § 3103a(b)(1).  There is reasonable necessity for the use of

9    the technique described above, for the reasons set forth above.  See 18 U.S.C. §

10   3103a(b)(2).

11        93.    I further request that the Court authorize execution of the warrant at any

12   time of day or night, owing to the potential need to locate the Target Cellular Device

13   outside of daytime hours.

14                  **REQUEST FOR NON-DISCLOSURE AND SEALING**

15        94.    The government requests, pursuant to the preclusion of notice provisions of

16   Title 18, United States Code, Section 2705(b), that Facebook be ordered not to notify

17   any person (including the subscriber or customer to which the materials relate) of the

18   existence of this warrant for such period as the Court deems appropriate.  The

19   government submits that such an order is justified because notification of the existence

20   of this Order would seriously jeopardize the ongoing investigation.  Such a disclosure

21   would give the subscriber an opportunity to further obstruct justice by threatening or

22   harming the victims of the threat activity identified to date, to otherwise destroy

23   evidence, change patterns of behavior, notify confederates, or flee from prosecution.

24        95.    It is further respectfully requested that this Court issue an order sealing,

25   until further order of the Court, all papers submitted in support of this application,

26   including the applications and search warrants.  I believe that sealing this document is

27   necessary because it discusses threats against actual and suspected confidential sources.

28

AFFIDAVIT OF TFO HUBER- 23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Prematurely disclosing who has shared the existence of these threats to those suspected
2    of making said threats will reveal who is prepared to share information with law
3    enforcement.  That will, in turn, more than likely result in further threats and/or actual
4    retaliation against those victims.  In addition, I anticipate seeking further warrants for
5    other Facebook accounts that may be linked to the accounts that are the subject of this
6    warrant, as well as other investigative steps.    Premature disclosure of the contents of
7    this affidavit and related documents may have a significant and negative impact on the
8    continuing investigation and may severely jeopardize its effectiveness.

9                                          **CONCLUSION**

10        96.    Based on the foregoing, I respectfully submit there is probable cause to
11   believe the subject Facebook accounts contain the evidence of criminal activity
12   described herein.  Accordingly, I also believe there is probable cause for this Court to
13   issue the proposed search warrants for Facebook.  This Court has jurisdiction to issue the
14   requested warrant because it is "a court of competent jurisdiction" as defined by 18
15   U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is
16   "a district court of the United States . . . that – has jurisdiction over the offense being
17   investigated." 18 U.S.C. § 2711(3)(A)(i).

18        97.    Based on the foregoing, I also respectfully submit there is probable cause to
19   believe that the Target Telephone is being used in furtherance of narcotics trafficking
20   and/or weapons violations, and that the information sought herein will materially aid the
21   investigation.  I further believe that information concerning the aforementioned offenses
22   will be obtained by using the investigative technique to more precisely track the Target
23   Telephone, as it will assist agents in identifying Justice's movements, the identities of
24   their associates, locating targets and storage locations, understanding connections
25   between already known people and places involved in the conspiracy, and assisting in
26   identifying currently unidentified targets.

27
28
AFFIDAVIT OF TFO HUBER- 24

98.     As to the Facebook search warrant, pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Accordingly, by this Affidavit and Warrant I seek authority for the government to search all of the items specified in Section I, Attachment B (attached hereto and incorporated by reference herein) to the Warrant, and specifically to seize all of the data, documents and records that are identified in Section II to that same Attachment.


Jonathan Huber
Task Force Officer
Federal Bureau of Investigation


SUBSCRIBED AND SWORN before me this ___7___ day of June, 2019.


THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge


AFFIDAVIT OF TFO HUBER- 25